UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| ANTHONY J. LACY, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| v. | ) | No. 2:22-CV-00040-JRG-CRW |
| TONY MAYS,[1] | ) |  |
| Respondent. | ) |  |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion:

1. The Clerk is **DIRECTED** to update the Court's docket to list Tony Mays as Respondent herein;

2. Respondent's motion to dismiss the petition [Doc. 10] is **GRANTED** on the ground that the petition is time-barred;

3. A COA will not issue;

4. The Court **CERTIFIES** that any appeal in this matter would not be taken in good faith. 28 U.S.C. § 1915(a)(3);

5. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24;

6. This action is **DISMISSED**; and

7. The Clerk is **DIRECTED** to close the file.

So ordered.

---

[1] As the Court previously noted [Doc. 8 at 1 n.1], Tony Mays is the Warden of Riverbend Maximum Security Institute, https://www.tn.gov/correction/sp/state-prison-list/riverbend-maximum-security-institution.html (last visited July 27, 2022), which is where Petitioner is confined, [Doc. 1 at 1]. Thus, Warden Mays is the proper Respondent in this matter. Rule 2(a) of the Rules Governing 2254 and 2255 Cases. As such, the Court will **DIRECT** the Clerk to update the Court's docket to list Tony Mays as Respondent.

ENTER:

                s/J. RONNIE GREER
               UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *LeAnna R. Wilson*
District Court Clerk